AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> CASELLAS, SALVADOR E. | **2. Court or Organization** <br><br> U.S.D.C. Puerto Rico | **3. Date of Report** <br><br> 04/30/2009 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. SENIOR DISTRICT JUDGE | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2008 <br> to <br> 12/31/2008 |
| **7. Chambers or Office Address** <br><br> U.S. COURTHOUSE <br> 300 RECINTO SUR - SUITE 342 <br> SAN JUAN, PUERTO RICO 00901 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | ANGEL RAMOS FOUNDATION (NON-PROFIT INSTITUTION) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -5 A 10: 59 FINANCIAL DISCLOSURE OFFICE

Casellas_Salvador_E

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 04/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 04/30/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. HONORARY MEMBERSHIP | THE BANKERS CLUB OF P.R. (Resigned 2008) | $750.0 |
| 2. HONORARY MEMBERSHIP | CAPARRA COUNTRY CLUB (Resigned 2008) | $750.0 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Account at Banco Santander | A | Interest | K | T | | | | | |
| 2. Account at Popular Securities, Inc. | A | Interest | J | T | | | | | |
| 3. Account at Banco Popular | A | Interest | J | T | | | | | |
| 4. Tax Free Fund-UBS | A | Interest | K | T | | | | | |
| 5. Tax Exempt Fund at Santander Securities | A | Interest | J | T | | | | | |
| 6. IRA - Universal Life Insurance Co. | C | Interest | M | T | | | | | |
| 7. Cash Value Insurance Policies Met Life & Equitable | D | Interest | N | T | | | | | |
| 8. International Hospitality S.E. | | None | K | W | | | | | |
| 9. Annuity Universal Life Ins. Co. | D | Interest | N | T | | | | | |
| 10. GNMA Serial Bonds | C | Interest | K | T | | | | | |
| 11. CMO Lehman | B | Interest | J | T | | | | | |
| 12. P.R. Government & Agency Bonds | F | Interest | O | T | Redeemed | 01/01 | K | | UBS |
| 13. | | | | | Buy | 03/18 | O | | UBS |
| 14. | | | | | Buy | 05/07 | M | | UBS |
| 15. | | | | | Buy | 08/19 | L | | UBS |
| 16. | | | | | Buy | 10/24 | M | | UBS |
| 17. | | | | | Buy | 12/23 | P1 | | UBS |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 01/08 | K | | Santander Securities |
| 19. | | | | | Buy | 10/14 | L | | Santander Securities |
| 20. | | | | | Buy | 10/21 | M | | Santander Securities |
| 21. | | | | | Buy | 11/13 | M | | Santander Securities |
| 22. | | | | | Buy | 12/30 | P1 | | Santander Securities |
| 23. AFICA Bonds (P.R. Financial Authority) | D | Interest | M | T | Redeemed | 03/25 | L | | Santander Securities |
| 24. | | | | | Redemption | 12/03 | L | | Santander Securities |
| 25. | | | | | Redeemed | 06/25 | K | | Santander Securities |
| 26. | | | | | Redeemed | 04/21 | L | | UBS |
| 27. | | | | | Redeemed | 12/16 | P1 | | UBS |
| 28. P.R. Fixed Rate Notes | D | Interest | | | Redeemed | 01/30 | K | | UBS |
| 29. | | | | | Redeemed | 04/19 | L | | UBS |
| 30. | | | | | Redeemed | 05/28 | K | | UBS |
| 31. | | | | | Redeemed | 09/02 | M | | UBS |
| 32. P.R. Employees Assc. Notes | A | Interest | J | | | | | | |
| 33. First Bank P.R. Notes | A | Interest | M | T | | | | | |
| 34. P.R. Public Bldg. Authority | D | Interest | M | T | Bought | 10/01 | K | | Santander Securities |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. P.R. Public Finance Co. Bonds | E | Interest | O | T | Redeemed | 08/01 | L | | UBS |
| 36. P.R. Highway Bonds | C | Interest | M | T | | | | | |
| 37. P.R. Tax Free Fund Notes | F | Interest | | T | Redemption | 02/28 | M | | UBS |
| 38. | | | | | Redemption | 03/13 | O | | UBS |
| 39. | | | | | Redeemed | 04/28 | K | | UBS |
| 40. | | | | | Redeemed | 05/16 | K | | UBS |
| 41. | | | | | Redeemed | 05/28 | M | | UBS |
| 42. First P.R. Target Notes | G | Interest | P1 | | Buy | 01/09 | L | | Santander Securities |
| 43. | | | | | Buy | 01/28 | K | | Santander Securities |
| 44. | | | | | Buy | 04/09 | N | | Santander Securities |
| 45. | | | | | Buy | 07/09 | N | | Santander Securities |
| 46. | | | | | Buy | 8/28 | L | | Santander Securities |
| 47. | | | | | Redeemed | 01/02 | L | | Santander Securities |
| 48. | | | | | Redeemed | 04/01 | N | | Santander Securities |
| 49. Shares of Popular, Inc. | D | Dividend | L | T | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 04/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART II - AGREEMENTS.

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E. | 04/30/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544